No. 777　　　　　October 30, 2024　　　　　773

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ELDON MARION BROWNING III,
aka Eldon Marion Browning,
*Defendant-Appellant.*

Umatilla County Circuit Court
21CR40685, 22CR22173; A180901 (Control), A180902

Christopher R. Brauer, Judge.

Submitted September 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Morgen E. Daniels, Chief Deputy Defender, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated appeal, defendant challenges two judgments revoking probation. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In Case No. 21CR40685, defendant pleaded guilty to first-degree theft. In Case No. 22CR22173, defendant also pleaded guilty to first-degree theft. In both cases, the trial court sentenced defendant to probation and defendant was admitted to drug court. However, defendant was terminated from the program. Defendant admitted he was out of compliance with the terms of his probation. The trial court revoked probation in Case No. 22CR22173 and sentenced defendant to 13 months in prison. The trial court revoked probation in Case No. 21CR40685 and imposed a concurrent sentence of 180 days in jail.

Having reviewed the record, including the trial court files in the two cases, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).